IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEN JOSEPH, | : | |
| | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 1:15-cv-00596-WBH |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on plaintiff Ken Joseph's ("plaintiff") affidavit and application to proceed *in forma pauperis,* pursuant to 28 U.S.C. § 1915(a). [Doc. 1]. After consideration by the Court of the affidavit of indigency only, plaintiff's request to proceed *in forma pauperis* is hereby **GRANTED** pursuant to 28 U.S.C. §1915(a), and he shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshal service fees.[1]  However, it is further **ORDERED** that service of process shall not issue at the present time, and the

---

[1] The Court notes that plaintiff previously filed a nearly identical complaint against defendant Nationstar Mortgage, LLC, and others, asserting similar claims to those present here, which this Court dismissed with prejudice. See Joseph v. Nationstar Mortgage, LLC, Civil Action No. 1:13-cv-4122-WBH, at [Doc. 36] (N.D. Ga. Oct. 28, 2014).  Thus, plaintiff's application is **GRANTED** for the sole purpose of allowing the district court to conduct a frivolity review.

Clerk shall submit this file to the assigned district judge for a frivolity determination under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**, this 2nd day of March, 2015.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE