UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-596-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915A, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Rome, Georgia, this 3rd day of March, 2015.

                                                   JAMES N. HATTEN
                                                   CLERK OF COURT

                                  By:  s/J. Acker
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 3, 2015
James N. Hatten
Clerk of Court

By:  s/J. Acker
       Deputy Clerk